UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

L‌ATONYA L. S‌MITH,

   Plaintiff,

v.                                        No. 4:23-cv-00939-P

M‌CCARTHY H‌OLTHUS LLP, E‌T A‌L.,

   Defendants.

### ORDER

  The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 7. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Plaintiff's complaint is **DISMISSED** due to Plaintiff's failure to comply with the Court's request to register as an ECF filer.

   The Court therefore **ORDERS** that Plaintiff's claims are thus **DISMISSED.**

   **SO ORDERED** on this **7th day of November 2023.**

*[Signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE